UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY GONZALEZ ROMERO, *also known as* Eduardo Garcia,<br><br>        Petitioner,<br><br>    v.<br><br>SUPERINTENDENT DANIEL BURNS, et. al.,<br><br>        Respondents | NO.  CV 13-2633-GW (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 1, 2016.

　　　　　　　　　　　　　　　　　/s/ George H. Wu
　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE